UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :
                               :
            - v. -             :
                               :
JONATHAN SAEZ,                  :
     a/k/a "John J,"           :
     a/k/a "J,"                :
                               :
                Defendant.     :
                               :
- - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 1 2017
```

16 Cr. 317 (KBF)

        IT IS HEREBY STIPULATED AND AGREED by and among the

UNITED STATES OF AMERICA, by Joon H. Kim, Acting United States

Attorney for the Southern District of New York, Matthew Laroche

and Eli J. Mark, Assistant United States Attorneys, of counsel,

and the defendant, Jonathan Saez, by and through his attorney,

Mark Stein, Esq., that:

        1.   If called to testify, an officer with the New

York City Police Department ("Officer-1") would testify that on

May 20, 2013, Officer-1 responded to reports of shots fired in

the vicinity of 528 Jackson Avenue, Bronx, New York.  While at

the scene, Officer-1 recovered five shell casings.  In addition,

Officer-1 observed that a vehicle ("Vehicle-1") was struck with

a bullet in Vehile-1's driver's side door, and that another



GOVERNMENT
EXHIBIT

10   (ID)

vehicle ("Vehicle-2") was struck with a bullet in Vehicle-2's front, left tire.

2.   Government Exhibit 1 is an excerpt from surveillance video recorded on May 20, 2013 by a video camera belonging to the Family Dollar Store located at 528 Jackson Avenue, Bronx, New York.  Government Exhibit 1A is a screenshot of a portion of the video marked as Government Exhibit 1.

3.   Government Exhibit 3 is a picture obtained from the Facebook account of Demetrius Flowers with the vanity name "moejobrim.moejo".  Government Exhibits 4 and 5 are pictures from the Facebook account of Jonathan Saez with the vanity name "john.jae.94".

4.   If called to testify, a representative of the Metropolitan Correctional Center ("MCC") would testify, based on a review of housing records for the MCC, that inmate Demetrius Flowers was housed at the MCC unit 7 North from May 3, 2016 to November 2, 2016, and that inmate Jonathan Saez was housed at the MCC unit 7 North from October 3, 2016 to March 15, 2017.

IT IS FURTHER STIPULATED AND AGREED that this stipulation and the exhibits referenced in this stipulation may be received in evidence at the *Fatico* hearing.

Dated:    New York, New York
          August 1, 2017


                                    JOON H. KIM
                                    Acting United States Attorney
                                    Southern District of New York


August 1, 2017                      By:_____
                                    Matthew Laroche / Eli J. Mark
                                    Assistant United States Attorneys


August 1, 2017                      By:_____
                                    Mark Stein, ESQ.
                                    Attorney for Jonathan Saez


                                    3