UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
JONATHAN SAEZ,                                                           :
                                                                         :     16 Civ. 317 (PAE)
                                              Plaintiff,                 :
                                                                         :     ORDER
                    -v-                                                  :
                                                                         :
UNITED STATES OF AMERICA,                                                :
                                                                         :
                                              Defendant.                 :
                                                                         :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

      The Court has received a *pro se* motion for compassionate release from defendant Jonathan Saez. Dkt. 668. The Court asks Mr. Saez's CJA trial counsel, Joshua Adam Levine, Esq., to submit a memorandum in support of Mr. Saez's motion, and to the extent necessary, reappoints Mr. Levine to represent Mr. Saez for this purpose. This memorandum is due February 15, 2021. The Government's response is due February 22, 2021. The Court does not invite a reply.

      SO ORDERED.

                                                                                                                                                                                                                                                                                                                                                                                     

                                                                                                                              Paul A. Engelmayer
                                                                                                                              United States District Judge

Dated: January 29, 2021
       New York, New York