UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>JONATHAN SAEZ,<br><br>Defendant. | 16 Cr. 317-6 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On January 29, 2021, the Court reappointed Jonathan Saez's trial counsel, Joshua Adam Levine, Esq., for the purpose of submitting a letter memorandum in support of Mr. Saez's motion for compassionate release. Dkt. 670. Trial counsel has declined to represent Mr. Saez due to Mr. Saez's prior motion to vacate his sentence, which included allegations of ineffective assistance of counsel. *See* Dkt. 676; *see also* 18 Civ. 8425, Dkt. 1.

The Court appoints Raoul Zaltzberg, Esq., today's CJA duty attorney, to assume the representation of Mr. Saez for the purpose of writing a supplemental letter memorandum in support of Mr. Saez's application for compassionate release. The Court extends the briefing deadlines to the following: Defendant's memorandum is due by March 1, 2021. The Government's response is due by March 8, 2021. The Court does not invite any reply at this time.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 9, 2021
New York, New York