UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN SAEZ,

                    Defendant.

16-CR-317-06 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion from defendant Jonathan Saez seeking a reduction of sentence pursuant to 18 U.S.C. § 3582(c). *See* Dkt. 789. The Court directs the Government to respond. The Government's response is due Wednesday, January 17, 2024.

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated: January 3, 2024
       New York, New York