UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JONATHAN SAEZ,

Defendant.

16-CR-317-06 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 8, 2017, defendant Jonathan Saez was sentenced principally to a term of imprisonment of 171 months.  Dkt. 523.

On December 1, 2023, Saez filed a motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively.  Dkt. 785.  The United States Probation Department has issued a report indicating that Saez is not eligible for a sentence reduction.  Dkt. 794.

The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 785, and the Probation Department, Dkt. 794.

The Court finds that Saez is ineligible for a reduction of sentence because, as explained by the Probation Department, the application of Amendment 821 does not result in any change to the applicable Guidelines range.  The Court therefore denies the defendant's motion.

The Clerk of Court is requested to mail a copy of this order to defendant Saez at the below address:

Jonathan Saez # 67405-018
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: January 31, 2024
      New York, New York