UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JONATHAN SAEZ,

Defendant.

16-CR-317-06 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion for a reduction of sentence from defendant Jonathan Saez. *See* Dkt. 868. The Government's response is due **December 11, 2026**. The Court does not invite a reply.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Saez at the below address:

Jonathan Saez - 67405-018
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 18, 2026
New York, New York